# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JACOB MARTIN

VERSUS

CADET CASSANDRA GREEN AND
STATE OF LOUISIANA, THROUGH
THE LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS RAYBURN
CORRECTIONAL CENTER

NO.  2024 CW 0217

**JUNE 17, 2024**

---

In Re:    Jacob Martin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          115694.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

    **WRIT GRANTED WITH ORDER.**  The district court's October 6, 2023 judgment sustaining the declinatory exception of insufficiency of service of process and dismissing without prejudice plaintiff Jacob Martin's claims against defendant the State of Louisiana, through the Louisiana Department of Public Safety and Corrections Rayburn Correctional Center, is a final, appealable judgment.  See La. Code Civ. P. art. 1915(A); **Miller v. Hirstius,** 2022-0740 (La. App. 1st Cir. 3/15/23), 363 So.3d 532, 536, n.2.  Therefore, the writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Jacob Martin, pursuant to the pleading that notified the district court of his intention to seek writs.  See **In re Howard,** 541 So.2d 195 (La. 1989) (per curiam).  A copy of this court's order is to be included in the appellate record.

                                  **JMG**
                                  **PMc**
                                  **JEW**

COURT OF APPEAL, FIRST CIRCUIT

_a.s__

DEPUTY CLERK OF COURT
FOR THE COURT